LIPSON NEILSON P.C.
JOSEPH P. GARIN, ESQ.
Nevada Bar No. 6653
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
Phone: (702) 382-1500
Fax: (702) 382-1512
JGarin@lipsonneilson.com

*Attorneys for Counterdefendants*
*Kaercher Campbell & Associates Insurance Brokerage*
*of Nevada, LLC; Kaercher Insurance, an Alera*
*Group Agency, LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RSUI INDEMNITY COMPANY, a New Hampshire Stock Company; and EVANSTON INSURANCE COMPANY, an Illinois corporation,<br><br>　　　　　　Plaintiffs,<br>vs.<br><br>SPORTSMAN'S ROYAL MANOR, LLC, a Nevada Limited Liability Company; DOMONIQUE BROWNING-PALMER, individually; GARY BRENNAN, individually;<br><br>　　　　　　Defendants.<br>_____<br><br>SPORTSMAN'S ROYAL MANOR, LLC; GARY BRENNAN,<br><br>　　　　　　Counter-claimants,<br>vs.<br><br>RSUI INDEMNITY COMPANY; EVANSTON INSURANCE COMPANY; KAERCHER CAMPBELL & ASSOCIATES INSURANCE BROKERAGE OF NEVADA, LLC; KAERCHER INSURANCE, AN ALERA GROUP AGENCY, LLC and DOE DEFENDANTS 1-110; ROE DEFENDANTS 11-20;<br>　　　　　　Counter-defendants.<br>_____ | Case No: 2:20-cv-01484-RFB-VCF<br><br>**STIPULATION AND ORDER FOR AN EXTENSION OF TIME FOR COUNTERDEFENDANTS KAERCHER CAMPBELL & ASSOCIATES INSURANCE BROKERAGE OF NEVADA, LLC AND KAERCHER INSURANCE, AN ALERA GROUP AGENCY, LLC'S TO RESPOND TO COUNTERCLAIM [ECF NO. 14]** |

　　Counterclaimants Sportman's Royal Manor, LLC and Gary Brennan, by and through their attorneys, ARMSTRONG TEASDALE LLP, and Counterdefendants Kaercher Campbell

& Associates Insurance Brokerage of Nevada, LLC; Kaercher Insurance, an Alera Group Agency, LLC, by and through their attorneys, LIPSON NEILSON P.C., agree and stipulate that Counterdefendants have to and including November 18, 2020, to file a response to Counterclaim [ECF. 14].

Pursuant to Local Rule 6-1(b), the parties state the reason for the extension is that counsel requires more time to evaluate and respond to the allegations in the Counterclaim. The parties have entered into this agreement in good faith and not for purposes of delay. This request will not cause any prejudice to the parties in this matter.

**IT IS SO STIPULATED.**

| Dated: Novemer 4, 2020. | Dated: November 4, 2020. |
|---|---|
| ARMSTRONG TEASDALE LLP | LIPSON NEILSON P.C. |
| /s/ Michelle D. Alarie<br>By:_____<br>KEVIN R. STOLWORTHY, ESQ.<br>Nevada Bar No. 2798<br>MICHELLE D. ALARIE, ESQ.<br>Nevada Bar No. 11894<br>3770 Howard Hughes Parkway, Suite 200<br>Las Vegas, NV 89169<br>(702) 678-5070<br><br>*Attorneys for Counterclaimants Sportsman's Royal Manor, LLC and Gary Brennan* | /s/ Joseph P. Garin<br>By:_____<br>JOSEPH P. GARIN, ESQ.<br>Nevada Bar No. 6653<br>9900 Covington Cross Drive, Suite 120<br>Las Vegas, Nevada 89144<br>(702) 382-1500<br><br>*Attorneys for Counterdefendants Kaercher Campbell & Associates Insurance Brokerage of Nevada, LLC; Kaercher Insurance, an Alera Group Agency, LLC* |

///

///

///

*RSUI Indemnity Company v. Sportsman's Royal Manor, LLC, et al.*
Case No: 2:20-cv-01484-RFB-VCF

## ORDER

Based on the foregoing stipulation of the parties,

**IT IS SO ORDERED.**

Dated: 11-4-2020

_____
UNITED STATES MAGISTRATE JUDGE