KEVIN R. STOLWORTHY, ESQ.
Nevada Bar No. 2798
MICHELLE D. ALARIE, ESQ.
Nevada Bar No. 11894
ARMSTRONG TEASDALE LLP
3770 Howard Hughes Parkway, Suite 200
Las Vegas, NV 89169
Telephone:  (702) 678-5070
Facsimile:  (702) 878-9995
kstolworthy@atllp.com
malarie@atllp.com

*Attorneys for Plaintiffs/Counter-claimants Sportsman's Royal Manor, LLC and Gary Brennan*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RSUI INDEMNITY COMPANY, a New Hampshire Stock Company; and EVANSTON INSURANCE COMPANY, an Illinois corporation<br><br>PLAINTIFFS,<br><br>vs.<br><br>SPORTSMAN'S ROYAL MANOR, LLC, a Nevada Limited Liability Company; DOMONIQUE BROWNING-PALMER, individually; GARY BRENNAN, individually;<br><br>DEFENDANTS.<br><br>SPORTSMAN'S ROYAL MANOR, LLC; GARY BRENNAN;<br><br>COUNTER-CLAIMANTS,<br><br>vs.<br><br>RSUI INDEMNITY COMPANY; EVANSTON INSURANCE COMPANY; KAERCHER CAMPBELL & ASSOCIATES INSURNACE BROKERAGE OF NEVADA, LLC; KAERCHER INSURANCE, AN ALERA GROUP AGENCY, LLC; and DOE DEFENDANTS 1-10; ROE DEFENDANTS 11-20;<br><br>Counter-defendants. | Case No.: 2:20-cv-01484-RFB-VCF<br><br>**STIPULATION AND PROPOSED ORDER TO EXTEND DEADLINES FOR DEFENDANTS SPORTSMAN'S ROYAL MANOR, LLC AND GARY BRENNAN TO RESPOND TO MOTIONS AND JOINDERS FILED BY RSUI INDEMNITY COMPANY AND EVANSTON INSURANCE COMPANY [ECF NOS. 25, 26, 27, 32, 33, AND 34]**<br><br>**FIRST REQUEST** |

Defendants/Counter-claimants, Sportsman's Royal Manor, LLC and Gary Brennan (collectively, "Sportsman's"), by and through their counsel, Armstrong Teasdale LLP, Plaintiff/Counter-defendant RSUI Indemnity Company ("RSUI"), by and through its counsel, Christian, Kravitz, Dichter, Johnson & Sluga, PLLC, Plaintiff/Counter-defendant Evanston Insurance Company ("Evanston"), by and through its counsel, Clyde & Co US LLP, hereby move pursuant to Fed. R. Civ. P. 6 and Local Rule LR IA 6-1, to extend Sportsman's deadline to December 4, 2020, to respond to the motions and joinders recently filed by RSUI and Evanston, including:

- Evanston Insurance Company's Motion to Strike Counterclaimants' Request for Exemplary Damages and Punitive Damages (ECF No. 25), filed November 3, 2020;

- Evanston Insurance Company's Joinder in RSUI Indemnity Company's Motion to Dismiss Counts 2 and 3 of Sportsman's Royal Manor, LLC and Gary Brennan's Counterclaims (ECF No. 26), filed November 3, 2020;

- Evanston Insurance Company's Motion to Dismiss Count 1 of the Counterclaim (ECF No. 27), filed November 3, 2020;

- RSUI's Joinder in Evanston's Motion to Strike Counterclaimants' Request for Exemplary Damages and Punitive Damages (ECF No. 32), filed November 4, 2020;

- RSUI's Joinder in Evanston's Motion to Dismiss Count One of the Counterclaim (ECF No. 33), filed November 4, 2020; and

- RSUI's Motion to Dismiss Counts 2 and 3 of the Counterclaim (ECF No. 34), filed November 4, 2020.

This is the first request to extend these particular deadlines.

Good cause exists to extend Sportsman's deadlines to respond to the above-identified Motions to Dismiss and to Strike and Joinders thereto to December 4, 2020.  Due to the considerable number of pending Motions to Dismiss and to Strike and Joinders thereto as well as the upcoming Thanksgiving holiday, Sportsman's requires some additional time to be able to fully respond.  RSUI and Evanston do not oppose such an extension of the response deadlines.  This request is made in good faith and is not intended to unreasonably delay this matter.  In particular, this case was only recently filed and the parties have not yet held their case conference under Fed. R. Civ. P. 26(f) nor has a scheduling order been entered.

Based on the foregoing, the parties respectfully request that this Court extend Sportsman's deadlines to respond to the above-identified Motions to Dismiss and to Strike and Joinders thereto to December 4, 2020.

Dated this 6th day of November, 2020.

**ARMSTRONG TEASDALE LLP**

By: /s/ Michelle D. Alarie
    KEVIN R. STOLWORTHY, ESQ.
    Nevada Bar No. 2798
    MICHELLE D. ALARIE, ESQ.
    Nevada Bar No. 11894
    3770 Howard Hughes Parkway, Suite 200
    Las Vegas, Nevada 89169

*Attorneys for Defendants/Counter-claimants Sportsman's Royal Manor, LLC and Gary Brennan*

Dated this 6th day of November, 2020.

**CLYDE & CO US LLP**

By: /s/ Peter J. Whalen
    PETER J. WHALEN, ESQ.
    JENNIFER D. MCKEE, ESQ.
    Nevada Bar No. 9624
    3960 Howard Hughes Parkway, Suite 500
    Las Vegas, Nevada 89169

*Attorneys for Plaintiff/Counter-defendant Evanston Insurance Company*

Dated this 6th day of November, 2020.

**CHRISTIAN, KRAVITZ, DICHTER, JOHNSON & SLUGA, PLLC**

By: /s/ Cara L. Christian
    GENA L. SLUGA, ESQ.
    Nevada Bar No. 9910
    CARA L. CHRISTIAN, ESQ.
    Nevada Bar No. 14356
    8985 Eastern Avenue, Suite 200
    Las Vegas, Nevada 89123

*Attorneys for Plaintiff/Counter-defendant RSUI Indemnity Company*

Dated this 6th day of November, 2020.

**LIPSON NEILSON P.C.**

By: /s/ Joseph P. Garin
    JOSEPH P. GARIN, ESQ.
    Nevada Bar No. 6653
    AMANDA A. EBERT, ESQ.
    Nevada Bar No. 12731
    9900 Covington Cross Drive, Suite 120
    Las Vegas, Nevada 89144

*Attorneys for Counter-defendants Kaercher Campbell & Associates Insurance Brokerage of Nevada, LLC and Kaercher Insurance, an Alera Group Agency, LLC*

**ORDER**

IT IS SO ORDERED.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 10th day of November, 2020.