Gena L. Sluga
Nevada Bar No. 9910
Cara L. Christian
Nevada Bar No. 14356
Christian, Kravitz, Dichter, Johnson & Sluga, PLLC
8985 Eastern Avenue, Suite 200
Las Vegas, Nevada 89123
Telephone: (702) 362-6666
Facsimile: (702) 992-1000
gsluga@cdslawfirm.com
cchristian@cdslawfirm.com
*Attorneys for RSUI Indemnity Company*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| RSUI INDEMNITY COMPANY, a New Hampshire Stock Company; and EVANSTON INSURANCE COMPANY, an Illinois corporation; <br><br> Plaintiffs, <br> vs. <br><br> SPORTSMAN'S ROYAL MANOR, LLC, a Nevada Limited Liability Company; DOMONIQUE BROWNING-PALMER, individually; GARY BRENNAN, individually, <br><br> Defendants. <br> SPORTSMAN'S ROYAL MANOR, LLC; GARY BRENNAN; <br><br> Counter-claimants, <br><br> vs. <br><br> RSUI INDEMNITY COMPANY; EVANSTON INSURANCE COMPANY; KAERCHER CAMPBELL & ASSOCIATES INSURNACE BROKERAGE OF NEVADA, LLC; KAERCHER INSURANCE, AN ALERA GROUP AGENCY, LLC; and DOE DEFENDANTS 1-10; ROE DEFENDANTS 11-20; <br><br> Counter-defendants. | Case No.: 2:20-cv-01484-RFB-VCF <br><br> **STIPULATION AND ORDER TO EXTEND DEADLINES FOR PLAINTIFFS' ANSWERS TO AMENDED COUNTERCLAIM [ECF NO. 46]** <br><br> **FIRST REQUEST** |

Plaintiffs/Counter-defendants RSUI Indemnity Company ("RSUI") and Evanston Insurance Company ("Evanston") and Defendants/Counter-claimants Sportsman's Royal

1

1  Manor, LLC and Gary Brennan (collectively, "Sportsman's") hereby move pursuant to Fed. R.
2  Civ. P. 6 and Local rule LR IA 6-1 to extend RSUI and Evanston's deadline to answer
3  Sportsman's Amended Counterclaim to December 22, 2020. This is the first request to extend
4  this deadline.

5    Good cause exists to extend RSUI and Evanston's deadline to respond to Sportsman's
6  Amended Counterclaim, as the Amended Counterclaim includes additional theories of recovery
7  and factual allegations for which Plaintiffs/Counter-defendants require additional time to be
8  able to fully respond. Moreover, Sportsman's does not oppose such an extension—and the
9  request is made in good faith and is not intended to unreasonably delay this matter. The matter
10 remains at the outset of litigation, as the parties have not yet held their case conference under
11 Fed. R. Civ. P. 26(f) nor has a scheduling order been entered.

12   Based on the foregoing, the parties respectfully request that this Court extend RSUI and
13 Evanston's deadline to answer Sportsman's Amended Counterclaim to December 22, 2020.

14 Dated this 4th day of December, 2020.   |   Dated this 4th day of December, 2020.

15 **ARMSTRONG TEASDALE LLP**   |   **CHRISTIAN, KRAVITZ, DICHTER,**
16                                         **JOHNSON & SLUGA, PLLC**

17 By:/s/ *Michelle D. Alarie (w/ permission)*   |   By: /s/ *Gena L. Sluga*
    MICHELLE D. ALARIE, ESQ.                        GENA L. SLUGA, ESQ.
18  Nevada Bar No. 11894                             Nevada Bar No. 9910
    3770 Howard Hughes Parkway, Suite                CARA L. CHRISTIAN, ESQ.
19  200                                              Nevada Bar No. 14356
    Las Vegas, Nevada 89169                          8985 Eastern Avenue, Suite 200
20  *Attorneys for*                                  Las Vegas, Nevada 89123
    *Defendant/Counterclaimant*                      *Attorneys for Plaintiffs/Counterclaimant*
21  *Sportsman's Royal Manor, LLC and*               *RSUI Indemnity Company*
    *Gary Brennan*
22

23 Dated this 4th day of December, 2020.   |   Dated this 4th day of December, 2020.

24 **CLYDE & CO US LLP**                   |   **LIPSON NEILSON P.C.**

25 By: /s/ *Peter J. Wahlen (w/ permission)*   |   By:/s/ *Joseph P. Garin (w/ permission)*
    PETER J. WHALEN, ESQ.                         JOSEPH P. GARIN, ESQ.
26  JENNIFER D. MCKEE, ESQ.                       Nevada Bar No. 6653
    Nevada Bar No. 9624                           AMANDA A. EBERT, ESQ.
27  3960 Howard Hughes Parkway,                   Nevada Bar No. 12731

2

Suite 500  
Las Vegas, Nevada 89169  
*Attorneys for Plaintiffs/Counterclaimant*  
*Evanston Insurance Company*

9900 Covington Cross Drive, Suite 120  
Las Vegas, Nevada 89144  
*Attorneys for Counter-defendants*  
*Kaercher Campbell & Associates Insurance Brokerage of Nevada, LLC and Kaercher Insurance, an Alera Group Agency, LLC*

IT IS SO ORDERED.

_____  
Cam Ferenbach  
United States Magistrate Judge

Dated:   12-7-2020