# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| RSUI INDEMNITY COMPANY, a New Hampshire Stock Company; and EVANSTON INSURANCE COMPANY, an Illinois corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SPORTSMAN'S ROYAL MANOR, LLC, a Nevada Limited Liability Company; DOMONIQUE BROWNING-PALMER, individually; GARY BRENNAN, individually,<br><br>Defendants. | 2:20-cv-01484-RFB-VCF<br><br>**ORDER** |

Before the court is *RSUI Indemnity Company, et al, v. Sportsman's Royal Manor, LLC, et al.,* case number 2:20-cv-01484-RFB-VCF.

A discovery plan and scheduling order has not been filed pursuant to LR 26-1.

Accordingly,

IT IS HEREBY ORDERED that the parties must file a proposed discovery plan and scheduling on or before December 21, 2020.

DATED this 7th day of December, 2020.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE