KEVIN R. STOLWORTHY, ESQ.
Nevada Bar No. 2798
MICHELLE D. ALARIE, ESQ.
Nevada Bar No. 11894
ARMSTRONG TEASDALE LLP
3770 Howard Hughes Parkway, Suite 200
Las Vegas, NV 89169
Telephone: (702) 678-5070
Facsimile: (702) 878-9995
kstolworthy@atllp.com
malarie@atllp.com

*Attorneys for Plaintiffs/Counter-claimants Sportsman's Royal Manor, LLC and Gary Brennan*

## UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| RSUI INDEMNITY COMPANY, a New Hampshire Stock Company; and EVANSTON INSURANCE COMPANY, an Illinois corporation<br><br>Plaintiffs,<br><br>vs.<br><br>SPORTSMAN'S ROYAL MANOR, LLC, a Nevada Limited Liability Company; DOMONIQUE BROWNING-PALMER, individually; GARY BRENNAN, individually;<br><br>Defendants. | Case No.: 2:20-cv-01484-RFB-VCF<br><br>**STIPULATION AND PROPOSED ORDER TO EXTEND DEADLINES RELATED TO THE FED. R. CIV. P. 12 MOTIONS FILED BY RSUI INDEMNITY COMPANY, EVANSTON INSURANCE COMPANY, AND KAERCHER INSURANCE DEFENDANTS [ECF NOS. 58, 59, 60, 61]**<br><br>**SECOND REQUEST** |
| SPORTSMAN'S ROYAL MANOR, LLC; GARY BRENNAN;<br><br>Counter-claimants,<br><br>vs.<br><br>RSUI INDEMNITY COMPANY; EVANSTON INSURANCE COMPANY; KAERCHER CAMPBELL & ASSOCIATES INSURNACE BROKERAGE OF NEVADA, LLC; KAERCHER INSURANCE, AN ALERA GROUP AGENCY, LLC; and DOE DEFENDANTS 1-10; ROE DEFENDANTS 11-20;<br><br>Counter-defendants. | |

1

Defendants/Counter-claimants, Sportsman's Royal Manor, LLC and Gary Brennan (collectively, "Sportsman's"), by and through their counsel, Armstrong Teasdale LLP, Plaintiff/Counter-defendant RSUI Indemnity Company ("RSUI"), by and through its counsel, Christian, Kravitz, Dichter, Johnson & Sluga, PLLC, Plaintiff/Counter-defendant Evanston Insurance Company ("Evanston"), by and through its counsel, Clyde & Co US LLP, and Counter-defendants Kaercher Campbell & Associates Insurance Brokerage of Nevada, LLC and Kaercher Insurance, an Alera Group Agency, LLC (collectively, "Kaercher Insurance"), by and through their counsel, Lipson Neilson PC, hereby move pursuant to Fed. R. Civ. P. 6 and Local Rule LR IA 6-1, to extend the deadlines for the parties to file their opposition and reply briefs to the pending Fed. R. Civ. P. 12 motions and joinders filed by RSUI, Evanston, and Kaercher Insurance, including:

- RSUI's Motion to Dismiss Counts 1, 2, 3, and 4 of the First Amended Counterclaim (ECF No. 58), filed December 22, 2020;

- Kaercher Campbell & Associates Insurance Brokerage of Nevada, LLC and Kaercher Insurance, an Alera Group Agency, LLC's Motion to Dismiss Counts 6, 7, and 8 of Sportsman's Royal Manor, LLC and Gary Brennan's First Amended Counterclaim (ECF No. 59), filed December 22, 2020;

- Evanston Insurance Company's Motion to Dismiss Count 1 through 4 of the First Amended Counterclaim and Counterclaimants' Claim for Exemplary and Punitive Damages (ECF No. 60), filed December 22, 2020;

- Evanston Insurance Company's Motion to Strike Counterclaimants' Request for Exemplary Damages and Punitive Damages (ECF No. 61), filed December 22, 2020; and

- RSUI Indemnity Company's Joinder to Evanston's Motion to Strike Counterclaimants' Request for Exemplary and Punitive Damages (ECF No. 62), filed December 28, 2020

(collectively, the "Rule 12 Motions") as follows: from January 22, 2021, to January 29, 2021, for Sportsman's to file their opposition briefs, and to permit RSUI, Evanston, and Kaercher Insurance up to 14 days to file their reply briefs, or to February 12, 2021. This is the second request to extend the deadline to file opposition briefs to the Rule 12 Motions, but the first request to extend the deadline to file reply briefs to the Rule 12 Motions.

Good cause exists to extend the opposition and reply brief deadlines as proposed above.  As set forth above, Sportsman's is presently responding to five dispositive motions that seek dismissal of almost every claim asserted within their Amended Counterclaim.  Although Sportsman's has been diligent, Sportsman's requires additional time to be able to fully respond to each of the pending Rule 12 Motions.  RSUI, Evanston, and Kaercher Insurance have no objection to providing Sportsman's with an extension to January 29, 2021, to file the oppositions.  Furthermore, the parties agree to provide RSUI, Evanston, and Kaercher Insurance up to 14 days to file their replies to the pending Rule 12 Motions.  This request is made in good faith and is not intended to unreasonably delay this matter.  In particular, this case was only filed in August 2020, and the Scheduling Order was only recently entered (ECF No. 56).

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Based on the foregoing, the parties respectfully request that this Court extend Sportsman's deadline to file their oppositions to the pending Rule 12 Motions from January 22, 2021, to January 29, 2021, and to allow RSUI, Evanston, and Kaercher Insurance up to 14 days to file their replies thereto, or to February 12, 2021.

Dated this 21st day of January, 2021.

**ARMSTRONG TEASDALE LLP**

By: /s/ Michelle D. Alarie
    KEVIN R. STOLWORTHY, ESQ. (#2798)
    MICHELLE D. ALARIE, ESQ. (#11894)
    3770 Howard Hughes Parkway, Suite 200
    Las Vegas, Nevada 89169

*Attorneys for Sportsman's Royal Manor, LLC and Gary Brennan*

**CLYDE & CO US LLP**

By: /s/ Peter J. Whalen
    PETER J. WHALEN, ESQ. (pro hac vice)
    JENNIFER D. MCKEE, ESQ. (#9624)
    3960 Howard Hughes Parkway, Suite 500
    Las Vegas, Nevada 89169

*Attorneys for Evanston Insurance Company*

**MATTHEW L. SHARP, LTD.**

By: /s/ Matthew L. Sharp
    MATTHEW L. SHARP, ESQ. (#4746)
    432 Ridge Street
    Reno, Nevada 89509

*Attorneys for Domonique Browning-Palmer*

**CHRISTIAN, KRAVITZ, DICHTER, JOHNSON & SLUGA, PLLC**

By: /s/ Tyler J. Watson
    GENA L. SLUGA, ESQ. (#9910)
    MARTIN KRAVITZ, ESQ. (#83)
    TYLER J. WATSON, ESQ. (#11735)
    8985 Eastern Avenue, Suite 200
    Las Vegas, Nevada 89123

*Attorneys for RSUI Indemnity Company*

**LIPSON NEILSON P.C.**

By: /s/ Amanda A. Ebert
    JOSEPH P. GARIN, ESQ. (#6653)
    AMANDA A. EBERT, ESQ. (#12731)
    9900 Covington Cross Drive, Suite 120
    Las Vegas, Nevada 89144

*Attorneys for Kaercher Campbell & Associates Insurance Brokerage of Nevada, LLC and Kaercher Insurance, an Alera Group Agency, LLC*

## <u>ORDER</u>

**IT IS SO ORDERED.**

_____
RICHARD F. BOULWARE, II
**United States District Court**
DATED this 22nd day of January, 2021.

4