LIPSON NEILSON P.C.
JOSEPH P. GARIN, ESQ.
Nevada Bar No. 6653
AMANDA A. EBERT, ESQ.
Nevada Bar No. 12731
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
Phone: (702) 382-1500
Fax: (702) 382-1512
JGarin@lipsonneilson.com
aebert@lipsonneilson.com

*Attorneys for Counterdefendants*
*Kaercher Campbell & Associates Insurance Brokerage*
*of Nevada, LLC; Kaercher Insurance, an Alera*
*Group Agency, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RSUI INDEMNITY COMPANY, a New Hampshire Stock Company; and EVANSTON INSURANCE COMPANY, an Illinois corporation,<br><br>                Plaintiffs,<br>vs.<br><br>SPORTSMAN'S ROYAL MANOR, LLC, a Nevada Limited Liability Company; DOMONIQUE BROWNING-PALMER, individually; GARY BRENNAN, individually;<br><br>                Defendants.<br>_____<br><br>SPORTSMAN'S ROYAL MANOR, LLC; GARY BRENNAN,<br><br>                Counter-claimants,<br>vs.<br><br>RSUI INDEMNITY COMPANY; EVANSTON INSURANCE COMPANY; KAERCHER CAMPBELL & ASSOCIATES INSURANCE BROKERAGE OF NEVADA, LLC; KAERCHER INSURANCE, AN ALERA GROUP AGENCY, LLC and DOE DEFENDANTS 1-110; ROE DEFENDANTS 11-20;<br>                Counter-defendants.<br>_____ | Case No: 2:20-cv-01484-RFB-VCF<br><br>**STIPULATION AND ORDER FOR AN EXTENSION OF TIME FOR COUNTERDEFENDANTS KAERCHER CAMPBELL & ASSOCIATES INSURANCE BROKERAGE OF NEVADA, LLC AND KAERCHER INSURANCE, AN ALERA GROUP AGENCY, LLC TO RESPOND TO AMENDED COUNTERCLAIM [ECF NO. 46]**<br><br>**(FIRST REQUEST)** |

**LIPSON NEILSON P.C.**
9900 Covington Cross Drive, Suite 120, Las Vegas, Nevada 89144
Telephone: (702) 382-1500   Facsimile: (702) 382-1512

**STIPULATION AND ORDER FOR AN EXTENSION OF TIME FOR COUNTERDEFENDANTS KAERCHER CAMPBELL & ASSOCIATES INSURANCE BROKERAGE OF NEVADA, LLC AND KAERCHER INSURANCE, AN ALERA GROUP AGENCY, LLC TO RESPOND TO AMENDED COUNTERCLAIM [ECF NO. 46]**

**(FIRST REQUEST)**

Counterclaimants Sportman's Royal Manor, LLC and Gary Brennan, by and through their attorneys, ARMSTRONG TEASDALE LLP, and Counterdefendants Kaercher Campbell & Associates Insurance Brokerage of Nevada, LLC and Kaercher Insurance, an Alera Group Agency, LLC ("Kaercher Counterdefendants"), by and through their attorneys, LIPSON NEILSON P.C., agree and stipulate that Kaercher Counterdefendants have to and including December 22, 2020, to file a response to Amended Counterclaim [ECF. 46].

Pursuant to Local Rule 6-1(b), the parties state the reason for the extension is that counsel requires more time to evaluate and respond to the allegations in the Counterclaim. This request will not cause any prejudice to the parties in this matter as Counterclaimants Sportman's Royal Manor, LLC and Gary Brennan and the remaining Counterdefendants RSUI Indemnity Company and Evanston Insurance Company have entered into a Stipulation and Order [ECF. 50] for these Counterdefendants to respond on or before December 22, 2020, as well. The parties have entered into this agreement in good faith and not for purposes of delay.

\ \ \

\ \ \

\ \ \

**IT IS SO STIPULATED.**

Dated: December 10, 2020.

**ARMSTRONG TEASDALE LLP**

*/s/ Michelle D. Alarie*
By:_____
    KEVIN R. STOLWORTHY, ESQ.
    Nevada Bar No. 2798
    MICHELLE D. ALARIE, ESQ.
    Nevada Bar No. 11894
    3770 Howard Hughes Parkway, Suite 200
    Las Vegas, NV 89169

*Attorneys for Counterclaimants Sportsman's Royal Manor, LLC and Gary Brennan*

Dated: December 10, 2020.

**LIPSON NEILSON P.C.**

*/s/ Amanda A. Ebert*
By:_____
    JOSEPH P. GARIN, ESQ.
    Nevada Bar No. 6653
    AMANDA A. EBERT, ESQ.
    Nevada Bar No. 12731
    9900 Covington Cross Drive, Suite 120
    Las Vegas, Nevada 89144

*Attorneys for Counterdefendants Kaercher Campbell & Associates Insurance Brokerage of Nevada, LLC; Kaercher Insurance, an Alera Group Agency, LLC*

Dated: December 10, 2020.

**CLYDE & CO US LLP**

*/s/ Peter J. Whalen*
By:_____
    PETER J. WHALEN, ESQ.
    JENNIFER D. MCKEE, ESQ.
    Nevada Bar No. 9624
    3960 Howard Hughes Parkway, Suite 500
    Las Vegas, NV 89169

*Attorneys for Planitiffs/Counterclaimant Evanston Insurance Company*

Dated: December 10, 2020.

**CHRISTIAN, KRAVITZ, DICHTER, JOHNSON & SLUGA, PLLC**

*/s/ Cara L. Christian*
By:_____
    GENA L. SLUGA, ESQ.
    Nevada Bar No. 9910
    CARA L. CHRISTIAN, ESQ.
    Nevada Bar No. 14356
    8985 Eastern Avenue, Suite 200
    Las Vegas, NV 89123

*Attorneys for Plantiffs/Counterclaimant RSUI Indemnity Company*

**LIPSON NEILSON P.C.**
9900 Covington Cross Drive, Suite 120, Las Vegas, Nevada 89144
Telephone: (702) 382-1500   Facsimile: (702) 382-1512

### ORDER

Based on the foregoing stipulation of the parties,

**IT IS SO ORDERED.**

Dated: _____7-7-2021_____

_____
UNITED STATES MAGISTRATE JUDGE

Submitted by:

LIPSON NEILSON P.C.

*/s/ Amanda A. Ebert*
By:_____
    JOSEPH P. GARIN, ESQ.
    Nevada Bar No. 6653
    AMANDA A. EBERT, ESQ.
    Nevada Bar No. 12731
    9900 Covington Cross Drive, Suite 120
    Las Vegas, Nevada 89144
    (702) 382-1500

    *Attorneys for Counterdefendants*
    *Kaercher Campbell & Associates*
    *Insurance Brokerage of Nevada,*
    *LLC; Kaercher Insurance, an Alera*
    *Group Agency, LLC*

**LIPSON NEILSON P.C.**
9900 Covington Cross Drive, Suite 120, Las Vegas, Nevada 89144
Telephone: (702) 382-1500   Facsimile: (702) 382-1512