**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| RSUI INDEMNITY COMPANY, a New Hampshire Stock Company; and EVANSTON INSURANCE COMPANY, an Illinois corporation,<br><br>Plaintiff,<br><br>v.<br><br>SPORTSMAN'S ROYAL MANOR, LLC, a Nevada Limited Liability Company; DOMONIQUE BROWNING-PALMER, individually; GARY BRENNAN, individually,<br><br>Defendants. | 2:20-cv-01484-CDS-VCF<br><br>**ORDER** |
| SPORTSMAN'S ROYAL MANOR, LLC; GARY BRENNAN,<br><br>Counter-claimants,<br><br>v.<br><br>RSUI INDEMNITY COMPANY; EVANSTON INSURANCE COMPANY; KAERCHER CAMPBELL & ASSOCIATES INSURANCE BROKERAGE OF NEVADA, LLC; KAERCHER INSURANCE, AN ALERA GROUP AGENCY, LLC; and DOE DEFENDANTS 1-10; ROE DEFENDANTS 11-20,<br><br>Counter-defendants. | |

Before the court is Plaintiffs' RSUI Indemnity Company and Evanston Insurance Company's Emergency Joint Motion for Good Faith Settlement (ECF No. 95).

Accordingly,

1

IT IS HEREBY ORDERED that any opposition to Plaintiffs' RSUI Indemnity Company and Evanston Insurance Company's Emergency Joint Motion for Good Faith Settlement (ECF No. 95), must be filed on or before August 4, 2022.  No reply necessary.

IT IS FURTHER ORDERED that a video conference hearing on Plaintiffs' RSUI Indemnity Company and Evanston Insurance Company's Emergency Joint Motion for Good Faith Settlement (ECF No. 95), is scheduled for August 8, 2022, at 11:30 AM.

IT IS FURTHER ORDERED that counsel/the parties must email the Courtroom Administrator, Tawnee Renfro at Tawnee_Renfro@nvd.uscourts.gov, with an email address to be used for the video conference hearing by noon, August 5, 2022.

IT IS ORDERED that the following Video Conference Instructions be adhered to as follows:

INSTRUCTIONS FOR VIDEO CONFERENCE HEARING

Instructions to the scheduled hearings will be sent via email thirty (30) minutes prior to the hearing to the participants email provided to the Court.

- Log on to the call ten (10) minutes prior to the hearing time.
- Mute your sound prior to entering the hearing.
- Do not talk over one another.
- State your name prior to speaking for the record.
- Do not have others in the video screen or moving in the background.
- No recording of the hearing.
- No forwarding of any video conference invitations.
- Unauthorized users on the video conference will be removed.

Dated this 28th day of July, 2022.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE