# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| RSUI INDEMNITY COMPANY, a New Hampshire Stock Company; and EVANSTON INSURANCE COMPANY, an Illinois corporation, | 2:20-cv-01484-CDS-VCF |
| Plaintiff(s), | **ORDER** |
| v. | |
| SPORTSMAN'S ROYAL MANOR, LLC, a Nevada Limited Liability Company; DOMONIQUE BROWNING-PALMER, individually; GARY BRENNAN, individually, | |
| Defendant(s). | |

Before the Court is counterclaimants Sportman's Royal Manor, LLC and Gary Brennan's motion to substitute parties (ECF NO. 111). Sportman requests to substitute defendant Domonique Browning-Palmer for Sportsman's with respect to Sportsman's counterclaims against Counter-claimants Kaercher Campbell & Associates Insurance Brokerage of Nevada, LLC and Kaercher Insurance, an Alera Group Agency, LLC.

No opposition has been filed and the time to file an opposition has passed. Sportman filed a notice of non opposition. (ECF No. 113).

Under LR 7-2(d), the failure of an opposing party to file points and authorities in response to any motion, except a motion under Fed. R. Civ. P. 56 or a motion for attorney's fees, constitutes a consent to the granting of the motion.

Here, it seems as though the other parties have consented to the granting of the instant motion.

Accordingly,

IT IS HEREBY ORDERED that counterclaimants Sportman's Royal Manor, LLC and Gary Brennan's motion to substitute parties (ECF NO. 111) is GRANTED.

1

2

3

4

IT IS FURTHER ORDERED that defendant Domonique Browning-Palmer is substituted in the place of Sportsman's with respect to Sportsman's counterclaims against counter-claimants Kaercher Campbell & Associates Insurance Brokerage of Nevada, LLC and Kaercher Insurance, an Alera Group Agency, LLC.

5

6

DATED this 16th day of November 2022.

7

8

_____

CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25