# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

RSUI INDEMNITY COMPANY, a New Hampshire Stock Company; and EVANSTON INSURANCE COMPANY, an Illinois corporation,

Plaintiff(s),

v.

SPORTSMAN'S ROYAL MANOR, LLC, a Nevada Limited Liability Company; DOMONIQUE BROWNING-PALMER, individually; GARY BRENNAN, individually,

Defendant(s).

2:20-cv-01484-CDS-VCF

**ORDER**

Before the court is the stipulation and proposed order to extend discovery deadlines and amend scheduling order. (ECF No. 121).

Accordingly,

IT IS HEREBY ORDERED that an in-person hearing on the stipulation and proposed order to extend discovery deadlines and amend scheduling order. (ECF No. 121), is scheduled for 11:00 AM, September 25, 2023, in Courtroom 3D.

DATED this 11th day of September 2023.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE