LIPSON NEILSON P.C.
JOSEPH P. GARIN, ESQ.
Nevada Bar No. 6653
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
Phone: (702) 382-1500
Fax: (702) 382-1512
JGarin@lipsonneilson.com

*Attorneys for Counterdefendants*
*Kaercher Campbell & Associates Insurance Brokerage*
*of Nevada, LLC; Kaercher Insurance, an Alera*
*Group Agency, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RSUI INDEMNITY COMPANY, a New Hampshire Stock Company; and EVANSTON INSURANCE COMPANY, an Illinois corporation,<br><br>Plaintiffs<br><br>vs.<br><br>SPORTSMAN'S ROYAL MANOR, LLC, a Nevada Limited Liability Company; DOMONIQUE BROWNING-PALMER, individually; GARY BRENNAN, individually,<br><br>Defendants<br><br>___<br><br>SPORTSMAN'S ROYAL MANOR, LLC; GARY BRENNAN,<br><br>Counter-claimants<br><br>vs.<br><br>RSUI INDEMNITY COMPANY; EVANSTON INSURANCE COMPANY; KAERCHER CAMPBELL & ASSOCIATES INSURANCE BROKERAGE OF NEVADA, LLC; KAERCHER INSURANCE, AN ALERA GROUP AGENCY, LLC and DOE DEFENDANTS 1-110; ROE DEFENDANTS 11-20;<br><br>Counter-defendants | Case No: 2:20-cv-01484-CDS-DJA<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

The parties herein, Kaercher Campbell & Associates Insurance Brokerage of Nevada, LLC and Kaercher Insurance, an Alera Group Agency, LLC (collectively, "Kaercher Insurance"), and Dominique Browning-Palmer ("Browning-Palmer"), by and through their respective undersigned counsel, hereby stipulate to dismiss all claims between the above-named parties with prejudice. Each of the stipulating parties shall bear their own costs and attorney's fees with respect to the claims dismissed herein.

| Dated this 2nd day of August, 2024 | Dated this 2nd day of August, 2024 |
|---|---|
| MATTHEW L. SHARP, LTD. | LIPSON NEILSON P.C. |
| /s/ Matthew L. Sharp<br>MATTHEW L. SHARP, ESQ.<br>Nevada Bar No. 4746<br>432 Ridge St.<br>Reno, NV 89509<br><br>*Attorney for Domonique Browning-Palmer* | _____<br>JOSEPH P. GARIN, ESQ.<br>Nevada Bar No. 6653<br>9900 Covington Cross Dr., Suite 120<br>Las Vegas, NV 89144<br><br>*Attorneys for Counterdefendants Kaercher Campbell & Associates Insurance Brokerage of Nevada, LLC; Kaercher Insurance, an Alera Group Agency, LLC* |

## ORDER

Based on the parties' stipulation, this case is dismissed with prejudice, with each party to bear its own costs and fees. The Clerk of Court is kindly instructed to close this case.

_____
U.S. DISTRICT JUDGE
DATE: __August 5, 2024__